UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRANDON C. WILLIAMS,<br><br>                    Plaintiff,<br><br>     v.<br><br>WASHOE COUNTY SHERIFF'S OFFICE et al.,<br><br>                    Defendants. | Case No. 3:15-cv-00432-RCJ-WGC<br><br>ORDER |

**I.     DISCUSSION**

Plaintiff, a *pro se* prisoner, previously filed an application to proceed *in forma pauperis* and submitted a 42 U.S.C. § 1983 civil rights complaint. (ECF No. 1-1, 4). On October 15, 2015, Plaintiff filed a letter seeking to voluntarily dismiss his case. (ECF No. 5 at 1). The Court interprets this letter as a motion for voluntary dismissal.

Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice.

**II.    CONCLUSION**

For the foregoing reasons, it is ordered that the motion for voluntary dismissal (ECF No. 5) is granted.

1   It is further ordered that the application to proceed *in forma pauperis* (ECF No. 4)
2 is denied as moot.
3   It is further ordered that this action is dismissed in its entirety without prejudice.
4   It is further ordered that the Clerk of the Court shall enter judgment accordingly.

  DATED: This 13th day of November, 2015.

  _____
  UNITED STATES DISTRICT JUDGE